UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: BRIAN E. KOZAR<br>AND JENNIFER LYNN KOZER<br>DEBTORS | CASE NO.: 16-10158<br>CHAPTER 7 |
| THE HIGHLANDS BANK<br>*Plaintiff* | ADVERSARY PROCEEDING<br>NO. ________________ |

VERSUS

BRIAN E. KOZAR AND JENNIFER LYNN KOZAR
*Defendants*

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes THE HIGHLANDS BANK ("Highlands"), who files this complaint objecting to the alleged dischargeability of the debt owed by Brian E. Kozar and Jennifer Lynn Kozar-to Landmark:

1.

Brian E. Kozar and Jennifer Lynn Kozar (the "Debtors"), filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on February 11, 2016.

2.

The Bankruptcy Court has jurisdiction over this proceeding because it is an adversary proceeding to determine the dischargeability of a debt, and this it is a core proceeding under 28 U.S.C. §157 .

3.

HIGHLANDS is the holder and owner of a Promissory Note executed by Brian E. Kozar and Jennifer Kozar on October 25, 2007, which note memorializes a loan made by The Highlands Bank to the Kozars. On or about October 25, 2015 Brian Kozar executed a Debt Modification Agreement which extended the maturity date of the above Promissory Note from October 25, 2015 to October 25, 2016.

4.

The Kozars entered into a Collateral Mortgage on the following described property:

> That certain lot or parcel of ground, together with all buildings and improvements thereon, located in the City of Zachary, Parish of East Baton Rouge, State of Louisiana, and being more particularly described as LOT EIGHT (8) of COPPER MILL GOLF COMMUNITY, FIRST FILING as per the official map of said subdivision entitled "Final Plat of Copper Mill Golf Community (First Filing) Being the Resubdivision of Tract C-2-B-2-A-1, Formerly A Portion of the Marshall M. Hughes and Mrs. M.G. Hughes Property Located in Sections 46,56,58 and 73, T-5-S, R-1-W, Greensburg Land District, East Baton Rouge, Louisiana for xcooper Mill Residential, L.L.C.". Said official map is dated the 11th day of June, 2002 and signed by Joseph Garrett, Professional Land Surveyor on the 4th day of September, 2002. Said official map being recorded as Original 30 of Bundle 11394 of the official records of East Baton Rouge Parish, State of Louisiana.
>
> Said Lot 8 having the dimensions and being subject to the servitudes and dedications as set forth on the official map.
>
> Property Address: 2474 North Turnberry Avenue, Zachary, LA 70791.

5.

During the above application process, Brian E. Kozar provided a signed Personal Financial

Agreement (PF's) dated May 27, 2004. Said PF's affirmatively stated that Brian Kozar's Net Worth was $6,164,789.00. Upon information and belief, the PF's was erroneous and did not contain a true reflection of the Debtor's financial status.

6.

During the later part of 2015, Brian Kozar informed The Highlands Bank that he intended to refinance his home in Copper Mill which The Highlands Bank held a third mortgage position.

7.

In order to facilitate Brian Kozar's refinance request, Brian Kozar wrote a check to The Highlands Bank in the amount of $146,312.00 to pay off the entire loan with The Highlands Bank. The Mortgage Note of the Highlands Bank was then marked paid. Once Brian Kozar refinanced his first mortgage, Brian was to provide a new mortgage to the Highland Bank in the amount of the previous Highland Bank loan.

8.

At some point thereafter, Brian Kozar and/or Jennifer Kozar decided against the refinance of their home and issued a stop-payment for the above described pay off.

9.

Upon information and belief, Brian Kozar had no intention of paying off the Highland Bank loan or allowing Highlands Bank to negotiate the check written to pay -off said loan.

10.

The false representations described in paragraphs 5, 6, 7, a and/or 9 render the debt non -

dischargeable under 11 USC 523(a)(20(i) and/or (b) because Brian E. Kozar obtained the extension of credit by use of false pretenses, false representations (including omissions), and actual fraud and through the use of a materially false written statements respecting his financial condition which written statements were relied upon by HIGHLANDS and which Brian E. Kozar made with the intent to deceive. Further, the debtor's intentionally provided a pay off to Highland Bank which they had no intention of allowing same to be negotiated.

**WHEREFORE**, THE HIGHLANDS BANK prays that Judgment be rendered in its favor and against Brian E. Kozar and Jennifer Kozar declaring that the debt owed by Brian E. Kozar and Jennifer Kozar to THE HIGHLANDS BANK is not dischargeable, for all costs and attorney's fees, and for such other relief as to which THE HIGHLANDS BANK may be entitled.

BY ATTORNEY:

/s/Bartley P. Bourgeois

BARTLEY P. BOURGEOIS LBR #26606
THE COHN LAW FIRM
10754 Linkwood Court, Ste. 1
Baton Rouge, LA 70810
Phone: (225) 769-0858
Fax: (225) 769-1016

**PLEASE ISSUE SUMMONS TO**
Brian E. Kozar
2474 North Turnberry Avenue
Zachary, La 70791

**SEE NEXT PAGE FOR FURTHER SERVICE**

**And to**

Jennifer Kozar
2474 Turnberry Avenue
Zachary, LA 70791

**And to**

Paul Douglas Stewert, Jr.
620 Florida Street, Suite 1
Baton Rouge, LA 80821