UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   KOZAR, BRIAN E.　　　　　　　　　　　　　　CASE NO. 16-10158
　　　　　KOZAR, JENNIFER LYNN
　　　　　DEBTORS　　　　　　　　　　　　　　　　　　CHAPTER 7

ORDER

CONSIDERING the Motion for Authority to Sell Immovable Property of the Estate Free and Clear of Liens [P-131], the lack of opposition thereto, and for reasons rendered orally at the July 25, 2018 hearing,

IT IS ORDERED that Dwayne M. Murray, the duly appointed trustee, is authorized empowered and directed to sell by private sale, as is, without any warranty or recourse whatsoever on the part of the trustee, even as to the return of the purchase price to Keith and Marlice Sanders for the price of SIX HUNDRED SEVENTY FIVE THOUSAND $675,000.00 dollars cash, the property described below and all of the estate's interest in same located 2474 N TURNBERRY AVE ZACHARY, LA 70791 ("Property") and described as:

> THAT CERTAIN LOT OR PARCEL OF GROUND, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON, LOCATED IN THE CITY OF ZACHARY, PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA, AND BEING MORE PARTICULARLY DESCRIBED AS LOT EIGHT (8) OF COPPER MILL GOLF COMMUNITY, FIRST FILING AS PER THE OFFICIAL MAP OF SAID SUBDIVISION ENTITLED "FINAL PLAT OF COPPER MILL GOLF COMMUNITY (FIRST FILING) BEING THE RESUBDIVISION OF TRACT C-2-B-2-A-1, FORMERLY A PORTION OF THE MARSHALL M. HUGHES AND MRS. M. G. HUGHES PROPERTY LOCATED IN SECTIONS 46, 56, 58 AND 73, T-5-S, R-1-W, GREENSBURG LAND DISTRICT, EAST BATON ROUGE PARISH, LOUISIANA FOR COPPER MILL RESIDENTIAL, L.L.C.". SAID OFFICIAL MAP IS DATED THE 11TH DAY OF JUNE, 2002 AND SIGNED BY JOSEPH GARRETT, PROFESSIONAL LAND SURVEYOR ON THE 4TH DAY OF SEPTEMBER, 2002. SAID OFFICIAL MAP BEING RECORDED AS ORIGINAL 30 OF BUNDLE 11394 OF THE OFFICIAL RECORDS OF EAST BATON ROUGE PARISH, STATE OF LOUISIANA.

SAID LOT 8 HAVING THE DIMENSIONS AND BEING SUBJECT TO THE SERVITUDES AND DEDICATIONS AS SET FORTH ON THE OFFICIAL MAP. Parcel ID: P743658.

Municipal address:  **2474 N TURNBERRY AVE ZACHARY, LA 70791.**

IT IS FURTHER ORDERED that this sale is free and clear of all liens, mortgages, claims, judgments and or encumbrances with same attaching to the sales proceeds.

IT IS FURTHER ORDERED that the Trustee is authorized to pay the liens of Ditech Financial, LLC, at closing and the estate's portion of the 2017 property taxes with all remaining liens, mortgages, claims, judgments and or encumbrances attaching to the sale proceeds. Trustee shall deposit sale proceeds of the sale into the estate account pending resolution of any lien ranking adversary, lien avoidance adversary or otherwise resolved by compromise.

IT IS FURTHER ORDERED that Clerk of Court for the Parish of East Baton Rouge, where liens, mortgages, claim and or encumbrances are recorded, is hereby directed to cancel the inscriptions, including but not limited to:

Liens of record known at this time include:

1) Ditech Financial Mortgage, dated June 5, 2007 and recorded June 6, 2007 in ORIG 983, BNDL 11956, in the amount of $1,174,000.00 by and between Brian E. Kozar and Jennifer Forest Kozar, husband and wife and Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loan, Inc., dba America's Wholesale Lender, as assigned to The Bank of New York Mellon, FKA, The Bank of New York, as Trustee for the Certificate holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-13, Mortgage Pass-Through Certificates, Series 2007-13;

2) Bank of Zachary Collateral Mortgage, dated June 5, 2007 and recorded June 6, 2007 in ORIG 439, BNDL 11957 in the amount of $150,000.00 by and between Brian E. Kozar and Jennifer Forest Kozar, husband and wife and Bank of Zachary.;

3) The Highlands Bank Collateral Mortgage, dated October 25, 2007 and recorded October 26, 2007 in ORIG 269 BNDL 12006 in the amount of $175,000.00 by and between Brian E. Kozar and Jennifer Forest Kozar, husband and wife and The Highlands Bank.

4) Homeowners Association Privilege and Lien as recorded 6/30/2017 in ORIG 456, BNDL 12823 in the amount of $3734.10 by Copper Mill Homeowners Association, Inc.

IT IS FURTHER ORDERED that the trustee is authorized to disburse at closing the real estate agent's commission of six percent (6%) to be shared by Danielle McKinley of Keller Williams-Zachary, Jeremy Henderson of Keller Williams First Choice and Stephanie Givens of BK Global Real Estate Services, LLC, at two percent each.

IT IS FURTHER ORDERED that the trustee has authority to execute all documents and pay all reasonable expenses necessary for administration of this property (i.e., of utility for home inspection etc.)

Baton Rouge, Louisiana, July 26, 2018.

<u>**s/ Douglas D. Dodd**</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE